**Order entered December 4, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00605-CV**

**IN RE JEROME JOHNSON, Relator**

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

**ORDER**

Before Chief Justice Burns and Justices Osborne and Reichek

Based on the Court's opinion of this date, we **DENY** relator's June 9, 2020 petition for writ of mandamus regarding inaccuracies in the record. All pending motions are **DENIED**.

/s/    AMANDA L. REICHEK
        JUSTICE